UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

---

CHARITY BROWN

       Plaintiff,

  v.

BON VOYAGE CRUISE & VACATIONS, INC., *et. al.*

       Defendants

Case No.: 19-cv-399

---

## NOTICE OF DISMISSAL WITH PREJUDICE

---

Plaintiff, Charity Brown, hereby stipulates pursuant to FED. R. CIV. P. 41(a)(1)(A)(i) that this matter may be dismissed with prejudice and without costs to either party.

Dated: June 26, 2019

By: *s/ Scott S. Luzi*
Scott S. Luzi, SBN 1067405
Walcheske & Luzi, LLC
15850 W. Bluemound Road, Suite 304
Brookfield, Wisconsin 53005
Telephone: (262) 780-1953
Email: sluzi@walcheskeluzi.com

*Attorneys for Plaintiff*